Karra J. Porter, #5223
    Karra.Porter@chrisjen.com
John M. Mejia, #13965
    John.Mejia@chrisjen.com
M. Tanner Clagett, #15823
    Tanner.Clagett@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile:  (801) 355-3472
*Attorneys for Plaintiff Joseph E. Ferreri*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSEPH E. FERRERI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, and SHAWN E. LOTT.<br><br>    Defendants. | **RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:23-cv-00559-JNP-JCB<br><br>District Judge Jill. N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 41(a), of the Federal Rules of Civil Procedure, Plaintiff Joseph E. Ferreri, and Defendants City of American Fork and Shawn E. Lott, by and through undersigned counsel, hereby stipulate to dismissal with prejudice of the above-captioned action and all claims and counterclaims asserted therein, with all parties to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED this 13th day of May, 2025.

CHRISTENSEN & JENSEN, P.C.


*/s/ Karra J. Porter*
Karra J. Porter
John M. Mejia
M. Tanner Clagett
*Attorneys for Plaintiff Joseph E. Ferreri*


STRONG & HANNI


*/s/ Michael L. Ford (with permission)*
Michael L. Ford
Robert L. Janicki
Attorneys for Defendants City of American Fork
and Shawn E. Lott

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2025, I cause a true and correct copy of the foregoing **RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed with the Clerk of the Court using the CM/ECF system, which served automatic notification of such filing to the following:

Michael L. Ford
Robert L. Janicki
STRONG & HANNI
9350 South 150 East, Suite 500
Sandy, UT 84070
rjanicki@strongandhanni.com
mford@strongandhanni.com
*Attorneys for Defendants*

/s/ *Ashlee M. Mason*
Ashlee M. Mason
*Paralegal to Counsel for Plaintiff*